WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: wschuller@clarkhill.com

Attorneys for Defendant,
COMMUNITY LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ARIC MULLINS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; COMMUNITY LOAN SERVICING, LLC; and LOANCARE, LLC,<br><br>Defendants. | CASE NO. 2:24-cv-01347-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR COMMUNITY LOAN SERVICING, LLC TO RESPOND TO COMPLAINT (First Request)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff ARIC MULLINS ("Plaintiff") and Defendant COMMUNITY LOAN SERVICING, LLC ("CLS"), by and through their undersigned counsel, hereby stipulate to extend the deadline for CLS to respond to Plaintiff's Complaint by 30 days. This is the first stipulation for extension of time for CLS to respond to the Complaint.

1. Plaintiff filed the Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq. [ECF No. 1] ("Complaint") on July 24, 2024.

2. Plaintiff served the Complaint on CLS on or about July 26, 2024. *See* Affidavit of Service [ECF No. 4].

3. Accordingly, CLS' response to the Complaint is currently due on or before August 16, 2024.

4. Counsel for Plaintiff and CLS have conferred, and hereby stipulate to extend the time for CLS to respond to the Complaint by 30 days – i.e., on or before September 16, 2024.

5. Counsel for CLS was recently retained and requires an extension of time to gather and review the information and documents necessary to prepare CLS' response to the Complaint.

6. The requested extension is made in good faith and if granted, will not interfere with the orderly administration of this case.

Respectfully submitted this 15th day of August 2024.

| | |
|---|---|
| **FREEDOM LAW FIRM, LLC** | **CLARK HILL PLLC** |
| /s/ Gerardo Avalos, Esq.<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br><br>Attorneys for Plaintiff,<br>ARIC MULLINS | /s/ William D. Schuller, Esq.<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 11271<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendant,<br>COMMUNITY LOAN SERVICING, LLC |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2024