1  SEAN B. KIRBY, ESQ.
   Nevada Bar No. 14224
2  TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
   8985 S. Eastern Ave., Ste. 200
3  Las Vegas, NV 89123 *(Nevada Office)*
4  Tel: (470) 832-5586
   Fax: (404) 962-6800
5  sean.kirby@troutman.com

6  TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
   600 Peachtree St. NE #3000
7  Atlanta, GA 30308 *(Corporate Office)*
8
   *Attorney for LoanCare, LLC*
9

10                **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12

13  ARIC MULLINS,                                Case No. 2:24-cv-01347-JCM-NJK

14              Plaintiff,                       **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LOANCARE, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
15        v.

16  EXPERIAN INFORMATION
    SOLUTIONS, INC.; COMMUNITY
17  LOAN SERVICING, LLC and                     **(FIRST REQUEST)**
    LOANCARE, LLC,
18
                Defendants.
19

20        Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada,

21  Defendant LoanCare, LLC ("LoanCare") by and through its counsel of record, Sean Kirby, Esq. of

22  Troutman Pepper Hamilton Sanders LLP, and Plaintiff Aric Mullins, by and through his counsel of

23  record, Gerardo Avalos, Esq., of the Freedom Law Firm, hereby stipulate to extend the time for

24  Defendant LoanCare, LLC to respond to Plaintiff Aric Mullins's ("Plaintiff") Complaint, as

25  follows:

26        1.    Plaintiff's Complaint was filed on July 23, 2024.

27        2.    LoanCare was served with the Complaint on July 26, 2024.

28                                           - 1 -

3. LoanCare's deadline to answer or otherwise respond to Plaintiff's Complaint is August 16, 2024.

4. Plaintiff and Defendant LoanCare are cooperating to investigate the allegations to determine whether this matter can be resolved amicably and without the expense of motion practice.

5. Therefore, LoanCare and Plaintiff request an additional sixty (60) days, up to and including October 15, 2024, to formulate a response to Plaintiff's Complaint.

7. This is the first request by either party seeking such an extension.

8. An additional thirty (60) days for LoanCare to answer or respond to Plaintiff's Complaint will not prejudice any party.

In consideration of the foregoing, and for good cause shown, Defendant LoanCare, LLC respectfully requests that the Court extend the deadline to file an answer or otherwise respond to Plaintiff's Complaint up to and including to October 15, 2024.

Dated this 15th day of August 2024.

| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **FREEDOM LAW FIRM** |
|---|---|
| */s/ Sean B. Kirby*<br>SEAN B. KIRBY, ESQ.<br>Nevada Bar No. 14224<br>8985 S. Eastern Ave., Ste 200<br>Las Vegas, NV 89123 (Nevada Office)<br>600 Peachtree St. NE # 3000<br>Atlanta, GA 30308 (Corporate Office)<br><br>*Attorney for Nationstar Mortgage LLC dba Mr. Cooper* | */s/ Gerardo Avalos*<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue Suite 100<br>Las Vegas, NV 89123 (Henderson Office)<br><br>*Attorneys for Plaintiff Aric Mullins* |

IT IS SO ORDERED:

DATED: August 16, 2024

_____
United States Magistrate Judge

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT