1  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271
2  **CLARK HILL PLLC**
   1700 S. Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada 89135
   Telephone:  (702) 862-8300
4  Facsimile:  (702) 778-9709
   E-mail:  wschuller@clarkhill.com
5
   Attorneys for Defendant,
6  COMMUNITY LOAN SERVICING, LLC

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                              * * *

10
    ARIC MULLINS,                          CASE NO. 2:24-cv-01347-JCM-NJK
11
                     Plaintiff,
12                                         Order
                                                    **TO**
13        vs.                              **EXTEND TIME FOR COMMUNITY**
                                           **LOAN SERVICING, LLC TO**
14  EXPERIAN INFORMATION SOLUTIONS,        **RESPOND TO COMPLAINT**
    INC.; COMMUNITY LOAN SERVICING,        **(Second Request)**
15  LLC; and LOANCARE, LLC,

16                   Defendants.

17

18

19        Pursuant to LR IA 6-1 and LR IA 6-2, Defendant COMMUNITY LOAN SERVICING,

20  LLC ("CLS"), by and through its undersigned counsel, hereby moves to extend the deadline for

21  CLS to respond to Plaintiff's Complaint by 20 days.  This is the second request for extension of

22  time for CLS to respond to the Complaint.

23        1.    Plaintiff filed the Complaint for Damages Pursuant to the Fair Credit Reporting

24  Act, 15 U.S.C. §1681, et seq. [ECF No. 1] ("Complaint") on July 24, 2024.

25        2.    Plaintiff served the Complaint on CLS on or about July 26, 2024.  *See* Affidavit of

26  Service [ECF No. 4].

27  ///

28  ///

                              Page 1 of 3

3. On August 16, 2024, this Court granted the Stipulation of Plaintiff and CLS to extend the time for CLS to serve its response to Plaintiff's Complaint to September 16, 2024. [ECF No. 13].

4. Counsel for CLS seeks a second and final extension of time of 20 days, up to and including October 7, 2024, to serve its response to Plaintiff's Complaint.

5. The extension of time is necessary to complete the necessary research needed to prepare and finalize CLS' response to the Complaint.

6. The requested extension is made in good faith and if granted, will not interfere with the orderly administration of this case.

7. Prior to filing this Motion, counsel for CLS contacted counsel for Plaintiff, Gerardo Avalos, Esq., by telephone and email regarding the proposed extension, and Mr. Avalos advised that he consents to the proposed extension.

Respectfully submitted this 16th day of September 2024.

**CLARK HILL PLLC**

/s/ William D. Schuller, Esq.
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

Attorneys for Defendant,
COMMUNITY LOAN SERVICING, LLC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2024