SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
sean.kirby@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for LoanCare, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIC MULLINS,<br><br>              Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; COMMUNITY LOAN SERVICING, LLC and LOANCARE, LLC,<br><br>              Defendants. | Case No.  2:24-cv-01347-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LOANCARE, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LoanCare, LLC ("LoanCare") by and through its counsel of record, Sean Kirby, Esq. of Troutman Pepper Hamilton Sanders LLP, and Plaintiff Aric Mullins, by and through his counsel of record, Gerardo Avalos, Esq., of the Freedom Law Firm, hereby stipulate to extend the time for Defendant  LoanCare, LLC to respond to Plaintiff Aric Mullins's ("Plaintiff") Complaint, as follows:

\\\\

\\\\

- 1 -

STIPULATION AND ORDER TO EXTEND TIME FOR LOANCARE TO RESPOND TO COMPLAINT
(SECOND REQUEST)

1. Plaintiff's Complaint was filed on July 23, 2024.

2. LoanCare was served with the Complaint on July 26, 2024.

3. LoanCare's deadline to answer or otherwise respond to Plaintiff's Complaint is August 16, 2024.

4. Plaintiff and Defendant LoanCare are cooperating to investigate the allegations to determine whether this matter can be resolved amicably and without the expense of motion practice.

5. Plaintiff and LoanCare previously requested an additional sixty (60) days, up to and including October 15, 2024, to formulate a response to Plaintiff's Complaint.

6. However, in the course of Plaintiff and LoanCare's investigation, it has recently been determined that additional information is needed to allow the parties to reach a settlement or for LoanCare to fully answer the Complaint.

7. Accordingly, Plaintiff and LoanCare now request an additional two weeks for LoanCare to answer or otherwise respond to the Complaint.

7. This is the second request by either party seeking such an extension.

8. An additional thirty (14) days for LoanCare to answer or respond to Plaintiff's Complaint will not prejudice any party.

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

In consideration of the foregoing, and for good cause shown, Defendant LoanCare, LLC respectfully requests that the Court extend the deadline to file an answer or otherwise respond to Plaintiff's Complaint up to and including to October 29, 2024.

Dated this 7th day of October, 2024.

| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **FREEDOM LAW FIRM** |
|---|---|
| */s/ Sean B. Kirby*<br>SEAN B. KIRBY, ESQ.<br>Nevada Bar No. 14224<br>8985 S. Eastern Ave., Ste 200<br>Las Vegas, NV 89123 (Nevada Office)<br>600 Peachtree St. NE # 3000<br>Atlanta, GA 30308 (Corporate Office)<br><br>*Attorney for Nationstar Mortgage LLC dba Mr. Cooper* | */s/ Gerardo Avalos*<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue Suite 100<br>Las Vegas, NV 89123 (Henderson Office)<br><br>*Attorneys for Plaintiff Aric Mullins* |

IT IS SO ORDERED:

DATED: October 8, 2024

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME FOR LOANCARE TO RESPOND TO COMPLAINT
(SECOND REQUEST)