George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Aric Mullins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aric Mullins, | Case No.: 2:24-cv-01347 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of and LoanCare, LLC with prejudice.** |
| Experian Information Solutions, Inc.; Community Loan Servicing, LLC and LoanCare, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Aric Mullins and LoanCare, LLC stipulate to dismiss Plaintiff's claims against LoanCare, LLC with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 27, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Aric Mullins*

**TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP**

/s/ *Sean B. Kirby*
Sean B. Kirby, Esq.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Counsel for LoanCare, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 29, 2025

STIPULATION                                     - 2 -